UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLORADO

Case No. 10 CV 01655-LTB

| | |
|---|---|
| STATES RESOURCES CORP., an Iowa Corporation | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| JOHN C. CARLSON also known as JOHN CHUCK CARLSON and CHARLOTTE A. CARLSON | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER FOR ENTRY OF DEFAULT JUDGMENT

THIS MATTER, having come before the Court upon Verified Motion for Entry of Default Judgment filed by the Plaintiff and the Court having reviewed the Motion, the file herein, and being fully advised in the premises:

DOES FIND AND ORDER:

1. That Judgment is hereby entered against the Defendants, John C. Carlson also known as John Chuck Carlson and Charlotte A. Carlson, jointly and severally, and in favor of Plaintiff, States Resources Corp., as follows:

I) Judgment on First Claim for Relief – Loan No. 040:

    a) For the unpaid indebtedness on Loan No. 040, consisting of principal in the amount of $180,000.00, and interest in the amount of $42,255.00 through August 25, 2010;

    b) For interest after August 25, 2010 up through the date of judgment at the rate of 13.75% per annum, which is $68.75000 per diem; and

    c) For interest after the date of judgment at the rate of 13.75% per annum.

II) Judgment on Second Claim for Relief – Loan No. 010:

    a) For the unpaid indebtedness on Loan No. 010, consisting of principal in the amount of $34,961.61, and interest in the amount of $5,944.21 through August 25, 2010;

    b) For interest after August 25, 2010 up through the date of judgment at the rate of 13.75% per annum, which is $13.35339 per diem; and

    c) For interest after the date of judgment at the rate of 13.75% per annum.

III) Judgment for attorneys fees in the amount of $1,849.00 as of August 25, 2010 and costs and Court costs in the amount of $480.00;

2. That one or more promissory notes which are the subject of this action are secured by Deeds of Trust on real properties located in Weld County, State of Colorado. Even though the Promissory Notes may merge into the Judgment(s) by taking judgment on said Promissory Notes, the Deeds of Trust continue to be secured by the resulting Judgment(s) and there is no affect on the collateral secured under Plaintiff's Deeds of Trust.

DONE this 19th day of October, 2010.

BY THE COURT:

s/Lewis T. Babcock
UNITED STATES DISTRICT COURT JUDGE